WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
cmiller@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01300-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANTS' MOTION TO STAY CASE [ECF No. 6]**<br><br>**[First Request]** |

COMES NOW Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("HSBC Bank") and Defendants Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Ticor Title of Nevada, Inc. ("Defendants"),

by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 19, 2021, Defendants filed a Motion to Stay Case [ECF No. 6];
2. HSBC Bank's deadline to respond to Defendants' Motion to Stay Case is currently August 2, 2021;
3. HSBC Bank's counsel is requesting a brief extension until Monday, August 16, 2021, to file its response to the pending Motion to Stay Case;
4. This extension is requested to allow HSBC Bank additional time to finalize and file its response to the pending Motion to Stay Case in light of an unexpected medical emergency experienced by the lead handling counsel for HSBC Bank;
5. Counsel for Defendants does not oppose the requested extension;
6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 29th day of July, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates*

DATED this 29th day of July, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this __3rd__ day of __August__, 2021.

_____
UNITED STATES DISTRICT JUDGE