1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 CHICAGO TITLE INSURANCE COMPANY, and TICOR
   TITLE OF NEVADA, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

16                    **UNITED STATES DISTRICT COURT**

17                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 18  HSBC BANK USA, N.A., | Case No.: 2:21-CV-01300-APG-NJK |
| 19              Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| 20         vs. | |
| 21  FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| 22 | |
| 23              Defendants. | |

24       COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Ticor

25 Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff HSBC Bank

26 USA, National Association ("HSBC"), by and through their respective attorneys of record, which

27 hereby agree and stipulate as follows:

28

1. On July 8, 2021 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On July 8, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Ticor Agency's response to HSBC's complaint is currently due on August 11, 2021, while Chicago Title's response to HSBC's complaint is currently due on August 12, 2021;

4. Counsel for Defendants request a 30-day extension for Ticor Agency (29 days for Chicago Title), through and including Friday, September 10, 2021, for Defendants to file their respective responses to HSBC's complaint to afford Defendants' counsel additional time to review and respond to HSBC's complaint.

5. Counsel for HSBC does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Friday, September 10, 2021.

Dated:  August 10, 2021            SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
       KEVIN S. SINCLAIR
       Attorneys for Defendants
       CHICAGO TITLE INSURANCE COMPANY
       and TICOR TITLE OF NEVADA, INC.

Dated:  August 10, 2021            WRIGHT FINLAY & ZAK, LLP


By:  */s/-Christina v. Miller*
       CHRISTINA V. MILLER
       Attorneys for Plaintiff
       HSBC BANK USA, NATIONAL
       ASSOCIATION

**IT IS SO ORDERED.**

　　　Dated:  August 11, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

