1   Scott E. Gizer, Esq., Nevada Bar No. 12216
      *sgizer@earlysullivan.com*
2   Sophia S. Lau, Esq., Nevada Bar No. 13365
      *slau@earlysullivan.com*
3   EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4   8716 Spanish Ridge Avenue, Suite 105
    Las Vegas, Nevada 89148
5   Telephone:  (702) 331-7593
    Facsimile:  (702) 331-1652
6
    Kevin S. Sinclair, Nevada Bar Number 12277
7     *ksinclair@sinclairbraun.com*
    SINCLAIR BRAUN LLP
8   16501 Ventura Boulevard, Suite 400
    Encino, California 91436
9   Telephone:  (213) 429-6100
    Facsimile:  (213) 429-6101
10
    Attorneys for Defendant
11  CHICAGO TITLE INSURANCE COMPANY

12  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
    PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
    Gary L. Compton, State Bar No. 1652
14  2950 E. Flamingo Road, Suite L
    Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**
16
**DISTRICT OF NEVADA**
17

18

19  | HSBC BANK, USA, NATIONAL | Case No.: 2:21-cv-01300-APG-NJK |
    ASSOCIATION, AS TRUSTEE, IN TRUST
20  FOR THE REGISTERED HOLDERS OF       **STIPULATION AND PROPOSED**
    ACE SECURITIES CORP. HOME EQUITY    **ORDER EXTENDING DEFENDANT**
21  LOAN TRUST, SERIES 2006-NC2, ASSET  **CHICAGO TITLE INSURANCE**
    BACKED PASS-THROUGH                 **COMPANY'S TIME TO RESPOND**
22  CERTIFICATES,                       **TO MOTION FOR REMAND [ECF**
                                        **No. 10] AND MOTION FOR FEES**
23                 Plaintiff,           **AND COSTS [ECF No. 11]**

24         vs.                          **(First Request)**

25  FIDELITY NATIONAL TITLE GROUP,
    INC., et al.,
26
                   Defendants.
27



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

28

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

634145.1

1   Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff HSBC Bank

2   USA, National Association, as Trustee, in Trust for the Registered Holders of ACE Securities

3   Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates

4   ("HSBC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby

5   stipulate and agree as follows:

6   1.   On July 8, 2021, HSBC Bank filed its Complaint in the Eighth Judicial District Court,

7        Case No. A-21-837574-C [ECF No. 1-1];

8   2.   On July 8, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

9   3.   On August 9, 2021, HSBC Bank filed a Motion for Remand [ECF No. 10];

10  4.   On August 9, 2021, HSBC Bank filed a Motion for Costs and Fees [ECF No. 11];

11  5.   Chicago Title's deadline to respond to HSBC Bank's Motion for Remand and Motion

12       for Costs and Fees is August 23, 2021;

13  6.   Chicago Title's counsel is requesting an extension until September 23, 2021, to file its

14       response to the pending Motion for Remand and Motion for Costs and Fees;

15  7.   Chicago Title requests an extension of time to respond to the Motion for Remand and

16       Motion for Costs and Fees to afford Chicago Title additional time to respond to the

17       legal arguments set forth in HSBC Bank's motions;

18  8.   HSBC Bank does not oppose the requested extension;

19  9.   This is the first request for an extension which is made in good faith and not for

20       purposes of delay;

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

634145.1

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

1       **IT IS SO STIPULATED** that Chicago Title's deadline to respond to HSBC Bank's

2  Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby

3  extended through and including September 23, 2021.

4

5  Dated:  August 19, 2021           EARLY SULLIVAN WRIGHT
                                      GIZER & McRAE LLP

6

7                                 By:  */s/-- Sophia S. Lau*
                                    SCOTT E. GIZER

8                                    SOPHIA S. LAU
                                    Attorneys for Defendant CHICAGO TITLE
                                    INSURANCE COMPANY

9

10  Dated:  August 19, 2021           SINCLAIR BRAUN LLP

11                                 By:  */s/-Kevin S. Sinclair*
                                    KEVIN S. SINCLAIR

12                                    Attorneys for Defendant CHICAGO TITLE
                                    INSURANCE COMPANY

13

14  Dated:  August 19, 2021           WRIGHT FINLAY & ZAK, LLP

15                                 By:  */s/-Christina V. Miller*
                                      DARREN T. BRENNER

16                                    CHRISTINA V. MILLER
                                    Attorneys for Plaintiff HSBC BANK, U.S.A,

17                                    National Association

18

19  **IT IS SO ORDERED:**

20

21  Dated:___August 19, 2021_____     By:_____

22                                      UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
634145.1