Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-01300-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 10] AND MOTION FOR FEES AND COSTS [ECF No. 11]**<br><br>**(Second Request)** |



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

638765.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("HSBC Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 8, 2021, HSBC Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-837574-C [ECF No. 1-1];

2. On July 8, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On August 9, 2021, HSBC Bank filed a Motion for Remand [ECF No. 10];

4. On August 9, 2021, HSBC Bank filed a Motion for Costs and Fees [ECF No. 11];

5. On August 19, 2021, the Court granted Chicago Title's request for an extension of time to respond to HSBC Bank's Motion for Remand and Motion for Costs and Fees;

6. Chicago Title's response to HSBC Bank's Motion for Remand and Motion for Costs and Fees is currently due on September 23, 2021;

7. Chicago Title's counsel is requesting an extension until October 7, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

8. Chicago Title requests an extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in HSBC Bank's motions;

9. HSBC Bank does not oppose the requested extension;

10. This is the second request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

638765.1

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

1       **IT IS SO STIPULATED** that Chicago Title's deadline to respond to HSBC Bank's

2 Motion for Remand [ECF No. 10] and Motion for Costs and Fees [ECF No. 11] is hereby

3 extended through and including October 7, 2021.

4

5 Dated: September 21, 2021            EARLY SULLIVAN WRIGHT
                                       GIZER & McRAE LLP

6

7                                     By:   */s/-- Sophia S. Lau*
                                         SCOTT E. GIZER

8                                          SOPHIA S. LAU
                                         Attorneys for Defendant CHICAGO TITLE
                                       INSURANCE COMPANY

9

10 Dated: September 21, 2021            SINCLAIR BRAUN LLP

11                                     By:   */s/-Kevin S. Sinclair*
                                         KEVIN S. SINCLAIR

12                                          Attorneys for Defendant CHICAGO TITLE
                                       INSURANCE COMPANY

13

14 Dated: September 21, 2021            WRIGHT FINLAY & ZAK, LLP

15                                     By:   */s/-Lindsay D. Dragon*
                                         DARREN T. BRENNER

16                                          LINDSAY D. DRAGON

17                                          Attorneys for Plaintiff HSBC BANK, U.S.A,
                                       National Association

18

19 **IT IS SO ORDERED:**

20

21 Dated: __September 21, 2021__         By: _____

22                            UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS**

638765.1