WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01300-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 19]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("HSBC Bank") and Defendant Chicago Title Insurance Company ("CTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 8, 2021, HSBC Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21- 837574-C [ECF No. 1-1];

2. On July 8, 2021, CTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On September 10, 2021, CTIC filed its Motions to Dismiss [ECF No. 19];

4. HSBC Bank's deadline to respond to CTIC's Motion to Dismiss is currently October 7, 2021 [ECF No. 25];

5. Due to an unforeseen personal emergency, HSBC Bank's counsel is requesting an extension until Friday, November 5, 2021, to file its responses to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Defendants does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of October, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates*

DATED this 6th day of October, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this __7th__ day of __October__, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE