Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A.,<br><br>                   Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                   Defendants. | Case No.: 2:21-CV-01300-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 19, 40)**<br><br>**FIRST REQUEST** |

   COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and plaintiff HSBC Bank USA, National Association ("HSBC"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

   1.   On July 8, 2021 HSBC filed its complaint in the Eighth Judicial District Court for the State of Nevada;



2.    On July 8, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.    On September 10, 2021 Chicago Title moved to dismiss HSBC's complaint (ECF No. 19);

4.    On November 19, 2021 HSBC opposed Chicago Title's motion to dismiss (ECF No. 39) and filed a countermotion for partial summary judgment (ECF No. 40);

5.    Counsel for Chicago Title requests a 31-day extension to oppose the countermotion for partial summary judgment and a 52-day extension to reply in support of its motion to dismiss, such that Chicago Title's reply and opposition are due on January 10, 2022, to afford Defendants' counsel additional time to review and respond to HSBC's opposition and countermotion.

6.    Counsel for HSBC does not oppose the requested extension;

7.    This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8.    This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Chicago Title's reply in support of its motion to dismiss and opposition to HSBC's countermotion is hereby extended through and including Monday, January 10, 2022.

Dated: November 22, 2021          SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    CHICAGO TITLE INSURANCE COMPANY

Dated: November 22, 2021          WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Dragon
    LINDSAY D. DRAGON
    Attorneys for Plaintiff
    HSBC BANK USA, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  23rd  day of  November , 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

