WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01300-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO CHICAGO TITLE INSURANCE COMPANY'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 48]**<br><br>**[First Request]** |

Plaintiff, HSBC Bank USA, National Association, as Trustee in Trust for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("HSBC Bank") and Defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 8, 2021, HSBC Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-837574 -C [ECF No. 1-1];

2. On July 8, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On September 10, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 19];

4. On November 19, 2021, HSBC Bank filed an Opposition to Chicago Title's Motion to Dismiss [ECF No. 39] and a Countermotion for Partial Summary Judgment [ECF No. 40];

5. On January 10, 2022, Chicago Title filed its Reply in Support of its Motion to Dismiss and an Opposition to HSBC Bank's Countermotion for Partial Summary Judgment [ECF No. 48] ("Opposition").

6. HSBC Bank's deadline to respond to Chicago Title's Opposition is January 24, 2022.

7. HSBC Bank's counsel is requesting a brief two-week extension until February 7, 2022, to file its response to the pending Opposition;

8. This extension is requested to allow counsel for HSBC Bank additional time to review and respond to the points and authorities cited to in the pending Opposition;

9. Counsel for Chicago Title does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 24th day of January, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA,*
*National Association, as Trustee in Trust for*
*the Registered Holders of ACE Securities*
*Corp. Home Equity Loan Trust, Series 2006-*
*NC2, Asset Backed Pass-Through*
*Certificates*

DATED this 24th day of January, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.,
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants Fidelity National*
*Title Group, Inc.; Chicago Title Insurance*
*Company; and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this 25th day of January, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE